

FILED
CLERK, U.S. DISTRICT COURT
MAY 24 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

DOCKETED ON CM
MAY 24 2007
BY ____ 021

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WEISSLEADER,<br><br>             Plaintiff,<br><br>     v.<br><br>AMERICAN KENNEL CLUB, et al.,<br><br>             Defendants. | No. ED CV 04-1168-ODW(CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto.[1] The court has made a _de novo_ determination with respect to those portions of the Report and Recommendation as to which objection has been made.

---

[1] Defendants American Kennel Club, Inc. and James Crowley have filed objections. Plaintiff and the other defendants have not filed objections. Objecting defendants object only to dismissal of the action without prejudice, and contend that it should be dismissed with prejudice based on the history of plaintiff's litigation against these defendants. The court points out that (1) dismissal is without leave to amend; (2) dismissal with prejudice is not appropriate here where the dismissal is, essentially, for failure to comply with Fed. R. Civ. P. Rule 8 (followed by plaintiff's opting not to amend) and not on the merits or another ground clearly supporting dismissal with prejudice.



1  IT IS ORDERED that: (1) the Report and Recommendation of the United States Magistrate
2  Judge be accepted and (2) judgment be entered dismissing this action, with prejudice, for the
3  reasons discussed in the Report and Recommendation and in the Memorandum and Order
4  filed March 13, 2007. The court further notes that plaintiff has brought several previous
5  lawsuits against many of these same defendants in both state and federal court, often seeking
6  relief on legal theories which the courts are not able to redress. Plaintiff has repeatedly
7  been placed on notice by other courts and various judges of her apparent inability or
8  unwillingness to plead, in short and concise language a legally cognizable cause of action.
9  Plaintiff's Written Notice of Reasons for Not Filing an Amended Pleading when given the
10 opportunity to do so, and the justification contained therein further convince the court that
11 this action is groundless and frivolous and was filed for the purpose to vex, harass and
12 annoy the defendants. It has had perhaps the unintended effect of imposing an equal burden
13 on the judges, officers and employees of the court system, and the public treasury which
14 supports this court. This is indirectly prejudicial to the rights of other legitimate litigants.
15 Plaintiff's persistence in reasserting the same or similar arguments in new lawsuits
16 demonstrates that she is likely to continue the commencement of similar litigation unless
17 enjoined. It is not the intent of this court to inhibit plaintiff's access to the court for redress
18 of legitimate grievances, but rather to halt the repeated filing of lawsuits which purport to
19 assign to the defendants legal liability for all manner of inconvenience and discomfort which
20 comes into her life.
21      IT IS FURTHER ORDERED that Patricia Weissleader is permanently enjoined from
22 commencing, without leave of this court, any lawsuit or other legal proceeding against the
23 American Kennel Club (AKC), the United Kennel Club (UKC), the Xoloitzcuintli Club of
24 America, James Crowley, Robin DeMink, Cindy Cooke, Amy Fernandez, Fay Dahlquist,
25 Wayne R. Cavanaugh, Connie Gerstner Miller Cindy Stickley, Monique Enama, Roy
26 Wilson, and/or Lawrence R. Lerner.
27      IT IS FURTHER ORDERED if plaintiff in this action violates or attempts to violate
28 this order by submitting or attempting to submit any document prohibited by this order,

without prior leave of court, the clerk of the court is directed to refer forthwith such document to a judge of this court for a determination as to whether a violation o9f this order has occurred and for such further proceedings, including dismissal of any action brought or denial of any motion made sua sponte and issuance of any order directing the plaintiff to show cause why they should not be held in contempt of court, as may then appear just and necessary.

IT IS FURTHER ORDERED that the clerk of this court is directed to serve all parties with a copy of this order and to certify a copy of this order and cause the same to be personally served by the United States Marshal upon the plaintiff in this case. In the event plaintiff cannot be located at her last known place of residence, the same may be served by registered mail.

DATED: 5-24-07

*[signature]*

OTIS D. WRIGHT, II
United States District Judge